IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 10-00211-01-CR-W-HFS |
| JEREMY A. SILKWOOD, | ) | |
| Defendant. | ) | |

**ORDER**

After an independent review of the record I accept and adopt the recommended findings of fact. The confusing situation involving numerous personnel necessarily resulted in some conflict in the evidence, and some self-serving testimony that the Magistrate Judge was best equipped by reason of observation to resolve.

We are not dealing with "a search unlawful at its inception" or with conclusory violations of law cited by defendant in response to the more pertinent legal references in the Report and Recommendation, which I adopt.

The motion to suppress (Doc. 15) is hereby DENIED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April  13 , 2011

Kansas City, Missouri